## IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| **THE VOICE OF CHRIST MINISTRIES,**<br><br>    Plaintiff,<br><br>v.<br>**BROTHERHOOD MUTUAL INSURANCE COMPANY,**<br><br>    Defendant. | Case No. _____<br><br><br>**PETITION AT LAW<br>AND JURY DEMAND** |

**COMES NOW** The Voice of Christ Ministries (hereinafter referred to sometimes as "Plaintiff"), by and through its undersigned attorney, James C. Larew, Larew Law Office, Iowa City, Iowa, and for its Petition at Law and Jury Demand, and hereby state as follows:

### INTRODUCTION

1.  This is an action by Plaintiff against Brotherhood Mutual Insurance Company ("Defendant") pursuant to claims for insured losses suffered by real property located 2122 Act Circle Iowa City, Iowa, caused by the hail storm on July 11, 2020 and the Derecho storm that occurred on August 10, 2020.

### PARTIES

2.  Plaintiff is located at 2122 Act Circle Iowa City, Iowa, Johnson County, Iowa, which is the premises covered by a Policy issued by Defendant.

4.  Defendant Brotherhood Mutual Insurance Company (sometimes "Brotherhood Mutual") is a Indiana Corporation whose home address is 6400 Brotherhood Way,

Fort Wayne, IN 56825 and whose registered agent, Corporation Service Company, has an address at 400 Locust St, Suite 400, Des Moines, Iowa 50309. For all times relevant hereto, this party has been licensed to sell insurance policies in the State of Iowa.

## JURISDICTION AND VENUE

5. Jurisdiction is proper in the Iowa District Court pursuant to Iowa Code section 602.6101.

6. Venue is proper in JOHNSON County pursuant to Iowa Code sections 616.2 (injuries to real property), 616.7 (place of contract), 616.10 (insurance companies), and 616.18 (personal injury or damage actions), because this case concerns Plaintiff's right to obtain monetary compensation for property damages and for wrongful conduct arising out of a contractual insurance relationship; the losses insured against occurred in Johnson County, Iowa.

## MATERIAL FACTS

7. On July 11, 2020, a hail storm struck a large part of Eastern Iowa.

8. On August 10, 2020, a severe wind storm, meteorologically known as a "derecho" wind storm, with wind speeds that exceeded 140 mph in many areas, struck a large swathe of the State of Iowa.

9. The derecho caused billions of dollars in damage to numerous properties and is one of the largest natural disasters to strike the State of Iowa.

10. Plaintiff recognized that its property had been damaged by the hail and derecho storms.

11. Due to the damages inflicted to its property, Plaintiff contacted its Insurer, Defendant, Brotherhood Mutual, and informed it of the damages sustained, by the Derecho and the hail, on April 26, 2021.

12. Defendant accepted the claims made by Plaintiff, and sent an Adjuster and a Structural Engineer to evaluate the extent of the damages.

13. Defendant's Adjuster and hired Structural Engineer completed the initial inspections.

14. Plaintiff, in the meantime, began contacting construction companies and contractors in an attempt to secure bids and estimates as to the repair costs for the damaged sections of the property.

15. However, due to the sheer amounts of damaged properties in the path of the hail and derecho storm, and the burden those damages imposed upon nearly every contractor in the area, in many instances, bids and estimates were difficult to obtain for many months.

16. Plaintiff has, for more than one and one-half years, attempted to correspond with not only those contractors, but also Defendant, in order to keep the property damage claims viable and to keep Defendant informed of the status of the claims.

17. Now, more than one year after the reportedly most severe wind storm in the history of the State of Iowa and a hail storm, many homes and properties are still recovering from the massive devastation wrought upon the State.

18. Plaintiff is among those that have tried, on numerous occasions, to remediate damages done to its property in a timely manner, but which task is made untenable by the burden the extent of the derecho imposed upon contractors and insurance companies alike.

19. The amounts in controversy in this case, to this day, are continually evolving, as the cost of materials continues to fluctuate, and the availability of contractors, the same.

20. Defendant's failure to timely adjust its insured losses fully and promptly has caused Plaintiff to suffer direct and consequential damages.

## COUNT I

## BREACH OF CONTRACT

21. Plaintiff re-plead paragraphs 1 through 20, as if fully set forth herein.

22. The Policy constituted a valid and legally-enforceable contract between Plaintiff and Defendant.

23. Plaintiff paid all Policy premiums and renewed the Policy to cover the date of the derecho and hail storm.

24. Defendant breached the Policy with Plaintiff by denying full indemnification of Replacement Cost Value damages resulting from the covered hail and derecho storm event.

25. As a direct and proximate result of this breach, Plaintiff has suffered direct and consequential damages, including, but not limited to, expert witness fees, court costs, and attorneys' fees.

**WHEREFORE** Plaintiff pray that a judgment be entered by this Court in its favor against Defendant, for all amounts due and owing to them, as provided by law, including, but not limited to, contractually-obligated coverage payments, consequential damages and punitive damages arising from Defendant's improper denial and/or delay of the claims and its processes thereafter.

## COUNT II

## BAD FAITH

26. Plaintiff re-pleads paragraph 1 through 20, as if fully set forth herein.

27. The inherently unequal bargaining power between insurer and insured, regarding an insurance contract, which is a contract of adhesion, creates the necessary duty and obligation of the Insurer to act only in good faith, with respect to the manner in which it performs its duties under the contract of insurance.

28. Defendant has breached this duty by denying coverage and all payments rightfully owed to Plaintiff, which obligated payments amounts arose from the losses incurred on or about July 11, 2020 and August 10, 2020.

29. There is no reasonable basis, either in fact or at law, for Defendant to have denied any portion of the claims made by Plaintiff for the losses covered by the Policy, as described herein, up to the Replacement Cost Value of the goods and services necessary to place the Premises in a comparable pre-loss condition, but no more than the limits of the Policy described herein.

30. Defendant knew, or had reason to know, that its delays, denials, and refusals to, first, accept Plaintiff's claim, and/or, second, to pay in full the amount of damages resulting from the claimed event, which was made by Plaintiff appropriately under the provisions of the Policy.

31. The duty of good faith requires that Defendant use all available information to evaluate claims, and to promptly and properly investigate the merits of any claim.

32. Defendant has failed to do so, and breached its duty of good faith by not using all evidence and information provided to them in order to evaluate Plaintiff's claims.

33. Defendant's breach of its duty of good faith was a proximate cause of damage to

the Plaintiff.

34. As a direct result of Defendant's breach of duty of good faith, Plaintiff has been unable to obtain the proper payments under its insurance contract with Defendant, and has been required to hire attorneys to seek what is rightfully, legally, and contractually owed to the Plaintiff under the Policy.

**WHEREFORE** Plaintiff pray that a judgment be entered in its favor and against Defendant for all amounts due and owed to Plaintiff, as provided by law, including, but not limited to, direct, consequential and punitive damages.

## JURY DEMAND

**COME NOW** Plaintiff and hereby demand a trial by jury of its peers of all matters contained within this Petition and Law and under the laws of the State of Iowa.

Respectfully submitted,

_____/s/ *James C. Larew*_____
James C. Larew AT0004543
LAREW LAW OFFICE
504 East Bloomington Street
Iowa City, Iowa 52245
Telephone: (319) 337-7079
Facsimile: (319) 337-7082
Email: james.larew@larewlawoffice.com
**ATTORNEY FOR PLAINTIFF**

E-FILED  2022 JUN 02 1:19 PM JOHNSON - CLERK OF DISTRICT COURT

E-FILED  2022 JUN 02 1:19 PM JOHNSON - CLERK OF DISTRICT COURT

### IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| **THE VOICE OF CHRIST MINISTRIES,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**BROTHERHOOD MUTUAL INSURANCE COMPANY,**<br><br>   **Defendant.** | **Case No. _____**<br><br>**CIVIL ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANT:

You are notified that a Petition has been filed in the office of the clerk of this court naming you as one of the defendants in this action. A copy of the Petition at Law and Jury Demand (and any documents filed with it) is attached to this notice. The attorney for the petitioner is James C. Larew, whose address is 504 E Bloomington St, Iowa City, Iowa 52245. That attorney's telephone number is 319-337-7079; facsimile number 319-337-7082.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Johnson County, at the county courthouse. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you need assistance to participate in court due to a disability, call the disability coordinator for Johnson County. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

# Iowa Judicial Branch

Case No. **CVCV083454**
County **Johnson**

Case Title   THE VOICE OF CHRIST MINISTRIES V. BROTHERHOOD MUT.

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(319) 398-3920** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued  **06/03/2022 08:27:27 AM**



District Clerk of Court or/by Clerk's Designee of  Johnson   County
/s/ Christine Roselund

IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

Case Number: CVCV083454

| | |
|---|---|
| THE VOICE OF CHRIST MINISTRIES, <br> Plaintiff(s), <br><br> v. <br><br> BROTHERHOOD MUTUAL INSURANCE COMPANY, <br> Defendant(s), | ACCEPTANCE OF SERVICE |

Service of the foregoing, ORIGINAL NOTICE, PETITION ET AL, is hereby accepted as provided by the law for BROTHERHOOD MUTUAL INSURANCE COMPANY, defendant named herein, the 25th of August, 2022.

Commissioner of Insurance

Doug Ommen

E-FILED  2022 SEP 12 8:34 AM JOHNSON - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| THE VOICE OF CHRIST MINISTRIES,<br><br>    Plaintiff,<br><br>vs.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. CVCV083454<br><br><br><br>**APPEARANCE OF J. MICHAEL WESTON** |

J. Michael Weston of the law firm of Lederer Weston Craig PLC hereby enters his Appearance on behalf of Defendant, Brotherhood Mutual Insurance Company, in this matter.

        **LEDERER WESTON CRAIG PLC**

        By */s/ J. Michael Weston*
        J. Michael Weston   AT0008405
        118 Third Ave SE, Suite 700
        Cedar Rapids, IA 52406-1927
        Telephone:  (319) 365-1184
        Fax:            (319) 365-1186
        E-mail:  mweston@lwclawyers.com

        **ATTORNEYS FOR DEFENDANT**
        **BROTHERHOOD MUTUAL INSURANCE**
        **COMPANY**

2

## CERTIFICATE OF SERVICE

I certify that on September 12, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

       **ATTORNEY FOR PLAINTIFF:**
       James C. Larew, Esq.
       E-mail: james.larew@larewlawoffice.com

I am not aware of any non-ECF system participants in this proceeding that require service by mail.

                                                                */s/  J. Michael Weston*

IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| THE VOICE OF CHRIST MINISTRIES,<br><br>    Plaintiff,<br><br>vs.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. CVCV083454<br><br><br><br>**APPEARANCE OF JESSICA L. MCNAMARA** |

Jessica L. McNamara of the law firm of Lederer Weston Craig PLC hereby enters her Appearance on behalf of Defendant, Brotherhood Mutual Insurance Company, in this matter.

    **LEDERER WESTON CRAIG PLC**

    By  */s/ Jessica L. McNamara*
    Jessica L. McNamara   AT0013092
    4401 Westown Parkway, Suite 212
    West Des Moines, IA  50266
    Telephone:  (515) 224-3911
    Fax:            (515) 224-2698
    E-mail:  jmcnamara@lwclawyers.com

    **ATTORNEYS FOR DEFENDANT**
    **BROTHERHOOD MUTUAL INSURANCE**
    **COMPANY**

2

## CERTIFICATE OF SERVICE

I certify that on September 12, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

>**ATTORNEY FOR PLAINTIFF**:
>James C. Larew, Esq.
>E-mail: james.larew@larewlawoffice.com

I am not aware of any non-ECF system participants in this proceeding that require service by mail.

>/s/ Jessica L. McNamara

## IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| | |
|---|---|
| THE VOICE OF CHRIST MINISTRIES<br>    Plaintiff(s)<br><br>VS.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY<br>    Defendant(s) | CASE NO: 06521  CVCV083454<br><br>**NOTICE OF CIVIL TRIAL-SETTING CONFERENCE** |

To the parties or their attorneys of record:

In accordance with Iowa Rule of Civil Procedure 1.906, notice is hereby given that a **Trial Scheduling Conference is scheduled on 10/19/2022 at 10:00 AM  at the Johnson County Courthouse, Iowa City, Iowa.**

This date shall be no earlier than 35 days after and not later than 50 days after any Defendant/Respondent has answered or appeared unless set sooner by special order on application of one or more parties.

This conference shall be held:
By **TELEPHONE** **with the conference call to be initiated by Plaintiff(s).  The court administrator shall be connected to the call at 319-356-6070, Ext. 3313.**

Attorneys for all parties appearing in the case shall participate at this conference as well as unrepresented defendants who have also appeared.

At this trial-setting conference, every case will be set for trial within the time periods provided by Iowa Court Rules Chapter 23, Time Standards for Case Processing.

**Prior to the trial-setting conference, the parties must file a Trial Scheduling and Discovery Plan, Iowa Court Rule 23.5-Form 2 (Form 3 for Expedited Civil Actions).**

The trial date that is agreed upon at this conference shall be a firm date.  Continuances will not be granted, even if all parties agree, unless for a crucial cause that could not have been foreseen.

The Clerk of Court shall notify all counsel of record and parties not represented by counsel.

Dated 09/12/22

015

If you need assistance to participate in court due to a disability, call the disability coordinator at (319) 398-3920 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

E-FILED           CVCV083454 - 2022 SEP 12 11:57 AM           JOHNSON
                  CLERK OF DISTRICT COURT                     Page 3 of 3



State of Iowa Courts

**Case Number**     **Case Title**
CVCV083454          THE VOICE OF CHRIST MINISTRIES V. BROTHERHOOD MUTUAL INS
**Type:**           ORDER FOR TRIAL SCHEDULING CONFERENCE

So Ordered

Erica Beason, Case Coordinator,
Sixth Judicial District of Iowa

Electronically signed on 2022-09-12 11:57:11